Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of vases in mineral colors similar in all material respects to those the subject of Abstract 62694, the claim of the plaintiff was sustained.

No. 64861.—Frederik Lunning, Inc. v. United States, protest 60/8259 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of vases in mineral colors similar in all material respects to those the subject of Abstract 62694, the claim of the plaintiff was sustained.

No. 64862.—Frederik Lunning, Inc. v. United States, protest 60/14846 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of vases in mineral colors similar in all material respects to those the subject of Abstract 62694, the claim of the plaintiff was sustained.

No. 64863.—Frederik Lunning, Inc. v. United States, protest 60/17364 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of vases in mineral colors similar in all material respects to those the subject of Abstract 62694, the claim of the plaintiff was sustained.

No. 64864.—Frederik Lunning, Inc. v. United States, protest 60/18811 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of vases in mineral colors similar in all material respects to those the subject of Abstract 62694, the claim of the plaintiff was sustained.

No. 64865.—Border Brokerage Company *v.* United States, protest 60/2364 (Seattle).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64866.—Rathjen Bros., Inc., et al. *v.* United States, protests 46287–K, etc. (San Francisco).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

NOVEMBER 4, 1960

No. 64867.—B. Altman & Co. et al. *v.* United States, protests 59/15241, etc.— Protests abandoned October 5, 1960. (Not published.) (Initial No. 240413–K.) Plaintiffs' application for rehearing granted.

NOVEMBER 7, 1960

No. 64868.—Sommers Fabrics Corp. *v.* United States, protests 285075–K, etc.— Protests abandoned September 29, 1960. (Not published.) (Initial No. 58/8679.) Plaintiff's application for rehearing granted.

No. 64869.—The Henneux Company *v.* United States, protest 58/16271.—▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮—Abstract 64621. (Initial No. 330301–K.) Plaintiff's application for rehearing granted.

NOVEMBER 7, 1960

No. 64870.—SUIT 4987.—Barclay & Company, Inc. *v.* United States.—▮▮▮▮▮▮—C.D. 2031 affirmed July 20, 1960. C.A.D. 745.

No. 64871.—SUIT 5001.—United States *v.* The Best Foods, Inc.—▮▮▮▮▮▮▮—Abstract 62865 affirmed July 20, 1960. C.A.D. 751.

BEFORE THE FIRST DIVISION, NOVEMBER 14, 1960

No. 64872.—Booth Fisheries Corporation *v.* United States, protest 59/15806 and 59/23796 (Portland, Maine).